UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WENDELL MIKE MOLES,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 1:26-cv-05524-FJS

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND (ECF No. 10)

FOURTEEN-DAY DEADLINE TO FILE AMENDED COMPLAINT

I. BACKGROUND

On July 17, 2026, Wendell Mike Moles ("Plaintiff") filed a complaint against the Commissioner of Social Security. (*See* ECF No. 1.)

On August 21, 2026, a summons was issued as to the Commissioner of Social Security ("Commissioner"). (*See* ECF No. 3.) That same day the Commissioner was electronically served with a copy of the social security complaint. (*See* ECF No. 4.)

On August 10, 2026, Plaintiff filed a motion for leave to amend the complaint. (ECF No. 10.) No opposition has been filed and the deadline to do so has passed. *See* L.R. 230(c).

II. DISCUSSION

Although Plaintiff brings his motion under Rule 15(a)(2), Plaintiff's motion can be resolved under Rule 15(a)(1). Plaintiffs may amend their pleadings once as a matter of course within twenty-one days of serving it. Fed. R. Civ. P. 15(a)(1)(A). Here, Defendant was

electronically served on July 21, 2026. (ECF No. 4.) Plaintiff's August 10, 2026, amendment, therefore, fits within this twenty-one-day window. Plaintiff, however, did not include a copy of the amended complaint to his August 10, 2026, motion.

## III. CONCLUSION AND ORDER

Accordingly, it is HEREBY ORDERED that:

(1) Plaintiff's motion for leave to file a first amended complaint (ECF No. 10) is GRANTED; and

(2) Plaintiff SHALL FILE his amended complaint no later than September 14, 2026.

IT IS SO ORDERED.

Dated: **August 31, 2026**

UNITED STATES MAGISTRATE JUDGE